Nos. State 117, 118. STATE, Respondent, v. BEHLING, Appellant.

(Also reported in 222 N. W. 2d 708.)

Criminal law. Dangerous drugs and controlled substances. Delivery and possession. In-chambers presentence conference. Defendant's absence. Violation of constitutional rights. Meritless claim and waiver.

The cause was submitted for the appellant on the brief of *Patrick J. Devitt*, Legal Aid Society of Milwaukee, and for the respondent on the brief of *Robert W. Warren*, attorney general, and *Michael R. Klos*, assistant attorney general.